## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAVID MARK WILSON,

        Plaintiff,

    v.

CONNOR HARRISON, Assistant
District Attorney, et al.,

        Defendants.

CIVIL NO. 3:26-cv-00057

(LATELLA, M.J.)

## <u>ORDER</u>

AND NOW, this 25th day of March, 2026, for the reasons set forth in our accompanying Memorandum, it is **HEREBY ORDERED** that, Plaintiff shall provide to the Court any (1) documentation from a public agency or court of record that he has been adjudicated incompetent, or (2) documentation from a medical provider that the type of mental illness for which he is being treated renders him legally incompetent, to the extent such documentation exists.

1

This documentation shall be provided directly to the Court **only**

for *in camera review*.  Plaintiff shall mail any such documents to:

The Honorable Leo A. Latella
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA  18701


**_s/ Leo A. Latella_**
**LEO A. LATELLA**
**United States Magistrate Judge**

2